The Honorable Ralph R. Beistline

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| SKAGWAY JEWELRY CO., LLC, an Alaska limited liability company; and INDRESH CHAWLA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WESTMARK HOTELS, INC., an Alaska corporation, et al.,<br><br>Defendants. | NO. 1:16-cv-0005-RRB<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

## STIPULATION

The parties have resolved this matter and hereby agree and stipulate to the dismissal with prejudice of all claims. Each party shall bear its own costs and attorneys' fees. The parties further stipulate to entry of the subjoined Order without further notice.

DATED this 10th day of October, 2019.

/s/ Sumeer Singla
Sumeer Singla, WSBA #32852
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
ssingla@williamskastner.com
*Attorney for Plaintiffs*

/s/ Peter A. Sandberg
Peter A. Sandberg, ABA #0611084
Ingaldson Fitzgerald PC
813 West 3rd Avenue
Anchorage, AK 99501
Telephone: (907) 258-8750
peters@impc-law.com
*Attorney for Defendants Carlton Smith, Jane Doe Smith and Carlton Smith Co., LLC*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6953821.1 Case 1:16-cv-00005-RRB   Document 333   Filed 10/03/19   Page 1 of 3

1 <u>ORDER</u>

2 THIS MATTER having come before the Court on the foregoing Stipulation of

3 Dismissal, and the Court finding good cause, now, therefore, it is hereby:

4 ORDERED that the Court hereby dismisses this action in its entirety with prejudice and

5 without fees or costs to either party.

6 DATED this \_\_\_\_ day of October, 2019.

7

8 _____

The Honorable Ralph R. Beistline

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6953821.1 Case 1:16-cv-00005-RRB   Document 333   Filed 10/03/19   Page 2 of 3

# CERTIFICATE OF SERVICE

I, Kami Mejia, certify under penalty of perjury under the laws of the State of Washington and the United States of America, that the following is true and correct: At all times hereinafter mentioned, I am over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein. On the date set forth below I served the foregoing document via the Court's CM/ECF System on all counsel of record.

DATED this 10th day of October, 2019 at Seattle, Washington.

/s/Kami Mejia
Kami Mejia
Legal Assistant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6953821.1 Case 1:16-cv-00005-RRB   Document 333   Filed 10/03/19   Page 3 of 3