IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SKAGWAY JEWELRY CO., LLC, and INDRESH CHAWLA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WESTMARK HOTELS, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-00005-RRB<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

As stipulated by the parties at Docket 333, filed October 3, 2019, it is hereby

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, the parties to bear their own respective costs and attorney fees, if any.

FURTHER ORDERED that pending motions, if any, are DENIED, and pending deadlines and filing requirements, if any, are VACATED.

IT IS SO ORDERED this 3rd day of October, 2019, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge